UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MR: BENNOUR, ABDELAZIZ
A# 73-626-402 - (PRO-SE)
   PETITIONER

V.

BRUCE CHADBOURNE, INTERIM
FIELD OFFICER DIRECTOR FOR
DETENTION AND REMOVAL, BOSTON
FIELD OFFICE, BUREAU OF IMMI-
GRATION AND CUSTOMS ENFORCEMENT;
THE BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT:
        RESPONDENTS

---

MOTION FOR EMERGENCY WITHHOLDING
OF REMOVAL / STAY OF DEPORTATION

Now come the Respondent, Abdelaziz Bennour (here in after Bennour) and hereby moves this honorable court to grant him an emergency withholding of removal and/or stay of deportation. For these reasons:

1) My removal from the U.S. to Algeria would put my life in imminent danger.

4) Should I be deported, it would render my effort at setting the record straight moot.

5) There are newly discovered evidence that I would like to present to the court.

For the reasons stated above; Justice mandates that Respondents Motion for an Emergency Stay of Deportation / withholding of Removal; should be granted

Date: 10-7-04

Respectfully submitted

Abdelaziz Bennour
ID: 0404892 - Bldg 8-2
Suffolk C.H.O.C
20 Bradston Street
Boston, MA 02118

Certificate of Service

I hereby certify that on 10-7-04, I caused to be mailed via first class mail a copy of the foregoing to: Mr. Frank Crowley Special Assistant U.S. Attorney, Department of Homeland Security, PO Box: 8728 JFK Station Boston, MA 02114