```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

ABDELAZIZ BENNOUR,                )
                                  )
        Petitioner                )
                                  )      Civil Action No.
    v.                            )      04cv12149-MLW
                                  )
BRUCE CHADBOURNE, FIELD OFFICE    )
DIRECTOR, BUREAU OF IMMIGRATION   )
AND CUSTOMS ENFORCEMENT,          )
UNITED STATES DEPARTMENT OF       )
HOMELAND SECURITY                 )
                                  )
        Respondent[1]             )


## MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1) and (6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                      By:   s/Frank Crowley
                            FRANK CROWLEY
                            Special Assistant U.S. Attorney
                            Department of Homeland Security
                            P.O. Box 8728
                            J.F.K. Station
                            Boston, MA 02114
                            (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on October 13, 2004.

s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
