ATTACHMENT A

from:  Deborah A. Sunderman 16A Forest St. #21 Cambridge, MA  02140
business address:
Deborah Mann & Co. 1691 Mass. Ave. Cambridge, MA  02138 617-661-6160


November 17, 1997

to:  U. S. Dept. of Immigration
J.F.K. Federal Bldg.
Boston, MA  02203

Attn:  Examinations

To whom it may concern:

This letter is regarding my husband, Abdelaziz Bennour #A73 626 402, who has recently applied for conditional permanent residency.  His nationality is Algerian, and he emmigrated from Italy in July 1997 on a fiance visa.  We were married in October, and he applied for residency then.

I feel that our marriage was a grave error, which I agreed to under manipulation and duress, and I no longer wish to sponser his residency.  He was arrested last night for domestic abuse (in Cambridge), and now I have a restraining order against him.  He is manic depressive, and frequently hostile and threatening to me and many of my friends and employees.  I will be filing for an annulment or divorce shortly.

In order to feel secure, I will have to live in another location until he leaves the country.  So I would like to be notified when that happens, so I can feel safe to return to my home.

Please contact me to confirm receipt of this letter, and to notify me of what action will be taken.

Sincerely,

*[signature]*

Deborah A. Sunderman


home > 491-2260