**ATTACHMENT C**

5/10/02

Board of Immigration Appeals
Clerk's Office
P.O. 8530
Falls Church, VA 22041

Re: File enclosed document in court file

Dear Clerk, I am respectfully requesting that you please file the enclosed document into the Court. Thank you you for the attention on this matter.

Thank you,

Abdelaziz Bennour

May 10, 2002

Board Of Immigration Apeals
Clerk's Office
P.O. Box 8530
Falls Church, VA 22041

*S-Bennour, Abdelaziz                                   A73-626-402
ACI- P.O. Box 8249
Cranston, R.I. 02920

Re: Request to Rescind all pending Appeals

Dear Clerk,
    I am writing to inform the Court that I do not wish to furtherlitigate my case. I Abdelaziz Bennour wish to rescind all pending matters before this Court including all of my appeal rights. I ask the court to let the removal order stand and be deported to my country as expeditiuosly as possible. Please disregard all brief's that may have been submitted to this court  I hope that my request will be honored to leave this country of persecution. My date of appeal was entered on 1/28/2002 but do not further wish to fight the INS.

                                        Respectfully,

                                        [signature]

                                        Abdelaziz Bennour
                                        ACI- P.O. Box 8249
                                        Cranston, R.I. 02920
                                        **A73-626-402**

Certificate Of Service

I Abdelaziz Bennour, Hereby cerify that I have served a true copy of the enclosed document/request to rescind all appeal rights to the:

Office Of The District Counsel/BO

P.O. Box 8728

Boston, Ma 02114

postage prepaid on this 10th day of May, 2002.

_____
Abdelaziz Bennour
P.O. 8249
Cranston R.I. 02920

Abdelaziz Bennour
ACI- P.O. Box 8249
Cranston, RI. 02920

 

Office of the District Counsel/BO

P.O. Box 8728

Boston, MA 02114

02114+0037 37