**ATTACHMENT D**

**U.S. Department of Justice**                          Decision of the Board of Immigration Appeals
Executive Office for Immigration Review

Falls Church, Virginia 22041
=================================================================

File:    A73-626-402 - Boston                          Date:

In re:    *S-BENNOUR, ABDELAZIZ                        MAY 2 9 2002

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:  Pro se

ON BEHALF OF SERVICE:  John M. Furlong, Jr., Assistant District Counsel


ORDER:

   PER CURIAM.  This Board has been advised that the respondent's appeal has been withdrawn.
*See* 8 C.F.R. § 3.4.  Since there is nothing now pending before this Board, the record is returned to
the Immigration Court without further action.



_____
FOR THE BOARD



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**\*S-BENNOUR, ABDELAZIZ**
**ACI - P.O. BOX 8249**
**CRANSTON, RI 02920-0000**

**Office of the District Counsel/BO**
**P.O. Box 8728**
**Boston, MA 02114**

Name: **\*S-BENNOUR, ABDELAZIZ**                     A73-626-402

Date of this notice: 05/29/2002

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely.

Lori Scialabba
Acting Chairman

Enclosure

Panel Members:
      FILPPU, LAURI S.