**ATTACHMENT E**

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

| | |
|---|---|
| *S-BENNOUR, ABDELAZIZ<br>GREENFIELD HOC<br>GREENFIELD, MA 01301-0000 | Office of the District Counsel/BO<br>P.O. Box 8728<br>Boston, MA 02114 |

Name: *S-BENNOUR, ABDELAZIZ          A73-626-402

Date of this notice: 07/11/2002

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*Lori Scialabba*
Lori Scialabba
Acting Chairman

Enclosure

Panel Members:
    ESPENOZA, CECELIA M.

**U.S. Department of Justice**  
Executive Office for Immigration Review

Falls Church, Virginia 22041

Decision of the Board of Immigration Appeals

SPC

---

File: A73 626 402 - Boston

Date: JUL 11 2002

In re: ABDELAZIZ BENNOUR

IN REMOVAL PROCEEDINGS

MOTION

ON BEHALF OF RESPONDENT:   Pro se

ORDER:

PER CURIAM. On May 29, 2002, the Board returned the instant record to the Immigration Court after the respondent informed the Board that he wished to withdraw his appeal. The respondent has now filed a motion to reopen with the Board. However, we find that we have no jurisdiction over this motion, as jurisdiction lies with the Immigration Judge. *See Matter of Mladineo*, 14 I&N Dec. 591 (BIA 1974). *See also Matter of Lopez*, Interim Decision 3343 (BIA 1998). Accordingly, the record is returned to the Immigration Court without further Board action.

FOR THE BOARD