UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDELAZIZ BENNOUR, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>BRUCE CHADBOURNE, FIELD OFFICE )<br>DIRECTOR, BUREAU OF IMMIGRATION )<br>AND CUSTOMS ENFORCEMENT, )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY )<br>)<br>Respondent[1] ) | Civil Action No.<br>04cv12149-MLW |

NOTICE OF ERRATUM

Respondent brings to the Court's attention an error in Respondent's Return and Memorandum of Law in Support of Motion to Dismiss, Stay Opposition, and Notice of Intent to Execute Removal Order ("Respondent's Memorandum"). On page 1, respondent erroneously referred to its prior plans to remove petitioner to *Nigeria*.

However, as elsewhere correctly set out in the Respondent's Memorandum, petitioner is a native and citizen of Algeria and was ordered removed to Algeria, and removal was scheduled to Algeria, not Nigeria. Respondent has received the Court's Order dated October 13, 2004, staying removal, and regrets any confusion from the mistaken reference to Nigeria.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:  <u>s/Frank Crowley</u>
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on October 14, 2004.

                    <u>s/Frank Crowley</u>
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114

---

Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.