# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:**

**Department of Homeland Security-I.N.S. and the Suffolk County House of Corrections**

**YOU ARE COMMANDED** to have the body of <u>Abdelazis Bennour</u> now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. <u>10</u>, on the <u>5TH</u> floor, Boston, Massachusetts on <u>October 26, 2004</u>, at <u>1:00</u> P.M. for the purpose of a <u>Motion Hearing</u> in the case of <u>Abdelazis Bennour</u> v. <u>Bruce Chadbourne et al</u> Civil Action Number <u>04-12149-MLW</u>.

And you are to retain the body of said <u>Abdelazis Bennour</u> while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said <u>Abdelazis Bennour</u> to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this <u>14th</u> day of <u>October,</u> 20<u>04</u>.

**/s/ Mark L. Wolf**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

                          **TONY ANASTAS, CLERK**

                          **By: /s/ Dennis O'Leary**
        **SEAL**                    **Deputy Clerk**

**[kwhcat.]**