UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDELAZIZ BENNACER
\# 73-626-402 (PRO SE)
PETITIONER

v.                                    C.A. No. 04-12149-MLW

BRUCE CHADBOURNE, et al.,
Respondents.

Reply To The Government Return/
Response / Motion To Dismiss Due
To Failure To Exhaust Administrative
Remedy.

Now comes the petitioner PRO-SE Abdelaziz Bennacer in respond to the honorable Judge Wolf request "if I had exhausted my administrative remedies."

The petitioner believes that he has reasonably exhausted all administrative remedies. After the Immigration Judge denied the petitioner any relief under any immigration law or section. The petitioner appeal the decision of the Judge To The (B.I.A) Board of immigration appeal.

(1)

Then The (BIA) Dismissed The petitioner' appeal on The ground That it was withdrawn and Refused To Reopened, despit all petitioner effort To proof That he did not withdraw his appeal. see attach exibit 1. 2. 3. 4. 5. 6

Also The petitioner did not know That The Date he was going To be Removed from The Soil of United states of America To Algeria

The petitioner had been informed by a immigration officer That very soon That The petitioner would be deported To his country, Where his life would bee in imminent danger. The petitioner did not know The exact date of Removal.

Wherefore, for The above Reason petitioner states That he has exhausted his administrative Remedies and That he did not know The exact Day of his Removal.

Date 10.19.04

Respectfully submitted

ABDELATIF BENNACEF
ID. 0404692 - Bldg 8-2
SUFFOLK. C.H.C.C
20 BRADSTON ST
BOSTON, MA 02118

(2)

Certificate of Service

I, ABDELAZIZ BENNOUR, hereby certify that I caused true copy of the above document to be served upon special assistant U.S. Attorney MR. FRANK CROWLEY at the address: P.O. Box 8728 JFK station Boston, MA 02114. On Date: 10.19.04

by placing a copy in the mail at the detention facility where I am detained. SUFFLOK. C. H. O. C.

Date: 10.19.04

Sincerely,
ABDELAZIZ BENNOUR
ID: 0404892 - Blg 8-2
SUFFLCK. C. H. O. C
20 BRadston St.
Boston, MA 02118



U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals, Office of the Clerk
P.O. Box 8530
5201 Leesburg Pike, Suite 1300
Falls Church, Virginia 22041

EOIR Status Line: 800 898 7180

Date: 7-29-02

Alien number: 73-631-402

✓ Your submission is being returned for the reason(s) indicated. No record has been made of this correspondence and should you write again concerning this same matter, please return this notice along with your correspondence.

❏ **Name and "A" Number Unrelated**
The alien registration number referenced in your submission does not correspond to the alien's name. This material is returned to you so that this information can be verified or corrected.

❏ **No "A" Number**
Cases at the Board of Immigration Appeals are retrievable primarily by the alien's registration number ("A" number). As your submission does not provide the "A" number, this case cannot be located.

❏ **No Record of Case Pending**
The Board of Immigration Appeals shows no record that this case, as referenced in your submission, is pending before it.

❏ **Visit EOIR Website**
You may wish to visit the Executive Office of Immigration Review website at: www.usdoj.gov/eoir to view the Board's Practice Manual.

❏ **Verify the Alien Number**
You may wish to verify the name and "A" number.

❏ **Foreign Language Translation Required**
The Board of Immigration Appeals does not have translators available and cannot read your submission. Title 8, Code of Federal Regulations, Section 3.33, requires that any foreign language document offered by a party in a proceeding be accompanied by an English translation and a certification by the translator that s/he is competent to translate the document and that the translation is accurate. You may have your submission translated and returned to the Board.

❏ **Decision Rendered**
The Board of Immigration Appeals has rendered a decision in this case and there is nothing presently pending before the Board concerning this case.

❏ **Other**
_If you wish to file a motion to reopen, you must submit $110.00 or fee waiver._

_[signature]_
Board of Immigration Appeals, Appeals Support Team

Exhibit # 1

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

---

File:  A73 626 402 - Boston

Date: JUL 11 2002

In re: ABDELAZIZ BENNOUR

IN REMOVAL PROCEEDINGS

MOTION

ON BEHALF OF RESPONDENT:   Pro se

ORDER:

PER CURIAM. On May 29, 2002, the Board returned the instant record to the Immigration Court after the respondent informed the Board that he wished to withdraw his appeal. The respondent has now filed a motion to reopen with the Board. However, we find that we have no jurisdiction over this motion, as jurisdiction lies with the Immigration Judge. *See Matter of Mladineo*, 14 I&N Dec. 591 (BIA 1974). *See also Matter of Lopez*, Interim Decision 3343 (BIA 1998). Accordingly, the record is returned to the Immigration Court without further Board action.

FOR THE BOARD

Exh #II

Sincerely Yours,

Abdelaziz Bennour

Dated: 7-17 ,2002

Abdelaziz Bennour
160 Elm Street,
Greenfield, MA. 01301



U.S. Department of Justice
Immigration Review



U.S. Department of Justice

Executive Office for Immigration Review

Board of Immigration Appeals

Appeals Processing Unit
5201 Leesburg Pike, Suite 1300
Falls Church, VA 22041

Date: 9/5/03

MEMORANDUM

TO: Office of the Immigration Judge

FROM: Dee Andrews
Team Leader, Priority Case Management
BIA

SUBJECT: A# 173-626-408

The attached is being returned for the following reason(s):

( ) INCLUDED IN A NON-RELATED CASE RECEIVED BY THE BOARD

(✓) DECISION HAS BEEN ENTERED IN CASE

( ) BOARD'S ORDER WAS RETURNED AS UNDELIVERABLE

( ) DETAINED CASE: COPY OF UNSERVED DECISION WAS SENT TO INS.

( ) OTHER _____

Please do not hesitate to contact me if you have any questions about the above-mentioned information. The number is (703) 605-1007.

EXHI # I