FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 25 P 3:36

U.S. DISTRICT COURT
DISTRICT OF MASS.

ABDELAZIZ BENNOUR
A# 73-626-402 (PRO-SE)
petitioner

V.

BRUCE CHADBOURNE, ET AL.,
Respondents.

C.A. No. 04-12149-MLW

Motion for Pro Bono Counsel

Attached hereto, for your further attention please find the above indicated motion in relation to the movants immigration case and subsequent litigation.
Favorable consideration of this motion will be greatly appreciated.

Date: 10.18.04

Respectfully submitted:
[signature]
ABDELAZIZ BENNOUR
ID: 0404892 - Bldg 8-2
Suffolk County. H.O.C
20 Bradston St.
Boston, MA 02118