UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:

Department of Homeland Security -I.N.S. and the Suffolk County House of Corrections

YOU ARE COMMANDED to have the body of Abdelaziz Bennour now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. 10, on the 5TH floor, Boston, Massachusetts on November 15, 2004 at 2:00 P.M. for the purpose of a Motion Hearing in the case of Abdelaziz Bennour v. Bruce Chadbourne et al Civil Action Number 04-12149-MLW.

And you are to retain the body of said Abdelaziz Bennour while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Abdelaziz Bennour to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 26th day of October, 2004.

/s/ Mark L. Wolf
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

TONY ANASTAS, CLERK

By: /s/ Dennis O'Leary
SEAL    Deputy Clerk

(Habcorp.wrt - 10/96)                                                                                          [kwhcap.] or
                                                                                                               [kwhcat.]