UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12149

| Abdelaziz Bennour | Bruce Chadbourne et al |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Pro Se | Frank Crowley |
| Robert Goldstein | |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

JUDGE  Wolf            CLERK  O'Leary                 REPORTER  Twomey

### CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 10/26/04 | Court marks petitioner's motion for appointment of counsel (docket no. 10) as Exhibit 1. |
| | Court grants petitioner's motion to appoint counsel (docket no. 10) and appoints Robert Goldstein, Esq. |
| | Petitioner's counsel orally moves for a brief continuance to get caught up with the facts of the case and to get an interpreter for his client. Court grants the request. Court gives the government one week to file a supplemental brief. Court orders the petitioner to file a written report as to whether he wishes to proceed with the case by 11/2/04 and to file a reply to the government's supplemental brief by 11/9/04. |
| | The hearing shall resume on 11/15/2004 at 2:00 PM. |