UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDELAZIZ BENNOUR,         )
    Petitioner,            )
                           )
    v.                     )   C.A. No. 04-12149-MLW
                           )
BRUCE CHADBOURNE, et al.,  )
    Respondent.            )

ORDER

WOLF, D.J.                                          October 26, 2004

    For the reasons stated in court on October 26, 2004, it is hereby ORDERED that:

    1. Petitioner's Motion for Pro Bono Counsel (Docket No. 11) is ALLOWED.

    2. The government shall, by November 2, 2004, file a supplemental memorandum.

    3. The petitioner shall, by November 2, 2004, state whether he wishes to maintain his petition.

    4. The petitioner shall, by November 9, 2004, respond to the government's supplemental memorandum.

    5. A further hearing on the government's Motion to Dismiss shall be held on November 15, 2004, at 2:00 p.m.

                                        /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT JUDGE