UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
ABDELAZIZ BENNOUR,             )
        Petitioner             )
                               )
v.                             )
BRUCE CHADBOURNE, FIELD OFFICE )    Civil No. 04-CV-12149-MLW
DIRECTOR, BUREAU OF            )
IMMIGRATION AND CUSTOMS        )
ENFORCEMENT, UNITED STATES     )
DEPARTMENT OF HOMELAND         )
SECURITY                       )
        Respondent             )
_____)
```

**Notice of Intention to Maintain Petition**

Now comes the Petitioner, Abdelaziz Bennour, by and through undersigned counsel, pursuant to the Court's order of October 26, 2004, and hereby advises the Court that, after consultation with his attorney, he intends to maintain his petition and will therefore respond to the Respondent's Supplemental Memorandum on or before November 9, 2004, as ordered by the Court.

                                                       Respectfully Submitted,
                                                       The Petitioner,
                                                       By His Attorney,

                                                       _____
                                                       Robert M. Goldstein
                                                       Mass. Bar No. 630584
                                                       114 State Street
                                                        Boston, MA  02109
                                                        (617) 742-9015

Dated: November 2, 2004

## **CERTIFICATE OF SERVICE**

    I, Robert M. Goldstein, hereby certify that on this 2nd day of November, 2004, I have served one copy of the foregoing Notice of Appearance, by electronic filing, upon Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security.

                                                _____
                                                Robert M. Goldstein