UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDELAZIZ BENNOUR
Petitioner

V.                                              C.A. NO. 04-12149-MLW

BRUCE CHADBOURNE, et al,
Respondent,

DATE: Nov 1-04

Answer to the question of the order; Date: Oct. 26-04

Now come, ABDELAZIZ BENNOUR (hereinafter petitioner), who humbly and respectfully move this honorable court to be informed, that the petitioner is willing to maintain his petition enfront this honorable court.

Respectfully submitted,

ABDELAZIZ BENNOUR
ID: 0404892-Blg 8-2.
S.C.H.O.C.
20 Bradston St
Boston, MA 02118

CERTIFICATE of SERVICE

I, ABDELAZIZ BENNOUR, do hereby certify a true and accurate copy of this document has been delivered to:

UNITED STATES DISTRICT COURT; DISTRICT of MASSACHUSETTS, 1 COURTHOUSE WAY, SUITE 2300. BOSTON, MA 02210.

ON DATE: NOV 1-04

Respectfully submitted:

ABDELAZIZ BENNOUR
ID: 0404892-Blg:8.2
S.C.H.O.C.
20 BRADSTON ST
BOSTON, MA 02118