```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

ABDELAZIZ BENNOUR
        Plaintiff             CIVIL ACTION
                                           NO. 04-12149-MLW
   V.

BRUCE CHADBOURNE et al
        Defendants


CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

   PLEASE TAKE NOTICE that the MOTION HEARING originally scheduled for **NOVEMBER 15, 2004 at 3:00 p.m.** has been RESCHEDULED TO **NOVEMBER 15, 2004 at 10:30 a.m.**

                                                  TONY ANASTAS, CLERK

November 10, 2004             By: /s/ Dennis O'Leary
Date                                    Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                                [ntchrgcnf.]