UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-12149

| Abdelaziz Bennour | Bruce Chadbourne et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Goldstein | Frank Crowley |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK   O'Leary                  REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 11/15/04 | Interpreter, Felice Bezri, sworn in. |
| | Court gives its tentative views to the parties.  Court listens to oral argument from the parties. |
| | Court takes a brief recess to read the cases that were cited this morning.  Court resumes and advises the parties that it will take the matter under advisement.  Court orders the petitioner to file a supplemental memo addressing the remaining questions it has by 12/7/2004, any response shall be filed by 12/16/2004. |
| | Further hearing to be held on 12/22/04 at 10:30 AM.  Defendant to be present on said date.   Defendant asks permission to file motion to obtain file from South Bay.  Motion should be filed by 11/18/04. |