UNITED STATES DISTRICT COURT
District of Massachusetts

| ABDELAZIZ BENNOUR, Petitioner  v.  Bruce CHADBOURNE, Field Office Director, BUREAU of Immigration and Customs Enforcement, UNITED STATES Department of Homeland Security, | FILED IN CLERKS OFFICE  2005 JAN 20 P 12:50  U.S. DISTRICT COURT DISTRICT OF MASS | CIV. NO. 04-12149-MLW |

Dear, Mr O'Leary

I'm writing to you to confirm Recieving your package of the memorandoms as of 1/11/05. The second reason that I'm writing to you is to ask your office to address the issue of changing my present council, (ATT. Goldstein) with another. I truly believe he did his best, but in the end the results showed certain things could've been done and they weren't, certain case should've been cited and they weren't. And the cases he did cite had little or no relevance towards my case.

I am at a point where I don't know what else to do but ask for a change of council. As you are well aware my English isn't good, and I'm somewhere where I can't trust anyone and dare not ask anyone for help. For fear of saying too much to the wrong person. I'm urging your office to please replace Mr. Goldstein with someone who better understands my case and situation and effectively represent me. Because my freedom and ultimately my life is at stake. I need a attorney who understands this and who can take it into the courtroom.

I fully understand that my case is complicated but one with the correct representation I can win. In closing I would also request a copy of my transcript. I thank you for your time and help

Date: 01-13-05

Sincerly,

ABDELAZIZ BENNOUR
ID: 0404892 - Blg: 8-2
S.C. H-C
20 BRADSTON ST.