UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDELAZIS BENNOUR                     )
     Petitioner,                     )
                         )
     v.                              )    C.A. NO. 04-12149-MLW
                         )
BRUCE CHADBOURNE, ET AL.,             )
     Respondents.                    )

ORDER

WOLF, D.J.                                         January 31, 2005

     In his January 13, 2005 letter, filed pro se on January 20, 2005, petitioner Abdelazis Bennour asks this court to replace his Criminal Justice Act Counsel, Robert Goldstein, Esq. While a person "who is represented by appointed attorney has a right to effective counsel, he does not have the right to choose any counsel . . . ." United States v. Machor, 79 F.2d 945, 952 (1st Cir. 1989). Bennour, in essence, asks this court to replace Mr. Goldstein only because he is disappointed that his unmeritorious case was dismissed. Mr. Goldstein, however, was energetic and very effective in presenting Bennour's case to this court. Therefore, Bennour's request that this court replace Mr. Goldstein (Docket No. 31) is hereby DENIED. Bennour may, however, ask the Court of Appeals for the First Circuit to appoint new counsel for him in connection with any appeal of the January 3, 2005 Order dismissing his case.

As Bennour is represented by counsel, any request for transcripts should be made by counsel.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE