UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ABDELAZIZ BENNOUR,                 )
          Petitioner              )
                           )
v.                                 )
BRUCE CHADBOURNE, FIELD OFFICE )        Civil No. 04-CV-12149-MLW
DIRECTOR, BUREAU OF               )
IMMIGRATION AND CUSTOMS           )
ENFORCEMENT, UNITED STATES        )
DEPARTMENT OF HOMELAND            )
SECURITY                          )
          Respondent              )
_____)

## Notice of Appeal

       Now comes the Petitioner, by and through undersigned counsel, pursuant to Rule 4(a)(B), and hereby notices his appeal of the Court's order of January 3, 2005, allowing the government's motion to dismiss the petition for a writ of habeas corpus filed by the Petitioner in the above-captioned matter.  See 28 U.S.C. §§1291 and 2253.

                                      Respectfully Submitted,
                                      The Petitioner,
                                      By His Attorney,

                                    _____
                                    Robert M. Goldstein
                                    Mass. Bar No. 630584
                                    20 Park Plaza, Suite 903
                                    Boston, MA 02116
                                    (617) 742-9015

Dated: February 24, 2005

## <u>CERTIFICATE OF SERVICE</u>

    I, Robert M. Goldstein, hereby certify that on this 24th day of February, 2005, I have served one copy of the foregoing Notice of Appeal, by electronic filing, upon Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security.


_____
Robert M. Goldstein