SCANNED
DATE 3-2-05
BY: CMW

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 28 P 1:44
U.S. DISTRICT COURT
DISTRICT OF MASS

ABDELAZIZ BENNOUR
Petitioner,

V.                                            C.A No 04-12149-MLW

BRUCE CHADBOURNE, ET AL.,
Respondents.

Motion For Copy of Transcript

Now comes the Defendant, ABDELAZIZ BENNOUR, proceeding in the above docketed matter, and moves this honorable court to order the preparation of the transcript of his hearing.

As reason therefore

1) The transcript is necessary for the adequate defense of this matter.

2) The Defendant is indigent and without funds to pay for said transcript. But for the indigency, the Defendant would secure said transcript.

3) Justice dictates that this motion be allowed.

(1)

Respectfully submitted:

[signature]

ABDELAZIZ BENNOUR
I.D. 0404892. Bldg: 8 - Unit. 2
S.C.H.C
20 BRADSTON Street
Boston, MA 02118.