## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12149

Abdelaziz Bennour

v.

Bruce Chadbourne, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/22/05.

/s/ Deputy Clerk

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12149-MLW

Bennour v. Chadbourne et al
Assigned to: Judge Mark L. Wolf
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 10/12/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Abdelaziz Bennour**    represented by    **Abdelaziz Bennour**
Suffolk County House of Correction
20 Bradston St.
Boston, MA 02118
PRO SE

**Robert M Goldstein**
20 Park Plaza
Suite 903
Boston, MA 02116
617-742-9015
Fax: 617-742-9016
Email: rmg04@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Goldstein**
114 State Street
Second Floor
Boston, MA 02109

617-742-9015
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Respondent**
**Bruce Chadbourne**  represented by  **Frank Crowley**
*Interim Field Officer Director*  Immigration and Customs
*for Detention and Removal*  Enforcement, Dept. of
Homeland Secur
PO Box 8728
JFK Station
Boston, MA 02114
617-565-2415
Email:
Frank.Crowley@dhs.gov
*ATTORNEY TO BE*
*NOTICED*

**Respondent**
**Boston Field Office**
*Bureau of Immigration and*
*Customs Enforcement*

**Respondent**
**Bureau of Immigration and**
**Customs Enforcement**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Abdelaziz Bennour.(Filed the front page of the document only)(Jenness, Susan) (Entered: 10/12/2004) |
| 10/12/2004 | 2 | PETITION for Writ of Habeas Corpus $ 0.00, receipt |

|  |  | number 0.00, filed by Abdelaziz Bennour.(Jenness, Susan) (Entered: 10/12/2004) |
|---|---|---|
| 10/12/2004 | 3 | EXHIBIT re 2 Petition for Writ of Habeas Corpus by Abdelaziz Bennour. (Jenness, Susan) (Entered: 10/12/2004) |
| 10/12/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 10/12/2004) |
| 10/13/2004 | 4 | MOTION to Dismiss for Lack of Jurisdiction by Bruce Chadbourne.(Crowley, Frank) (Entered: 10/13/2004) |
| 10/13/2004 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss for Lack of Jurisdiction , *Return, Stay Opposition, and Notice of Intent to Execute Removal Order* filed by Bruce Chadbourne. (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B# 3 Exhibit Attachment C# 4 Exhibit Attachment D# 5 Exhibit Attachment E)(Crowley, Frank) (Entered: 10/13/2004) |
| 10/13/2004 | 6 | Judge Mark L. Wolf : ORDER entered. It is hereby ORDERED that:1. Bennour's deportation is temporarily STAYED. 2. Respondent shall, by October 14, 2004, serve by hand onBennour a copy of the Motion (Docket No. 5).3. Bennour shall, by October 22, 2004, respond to theMotion, addressing whether he has exhausted his administrativeremedies and, if so, why he waited until three days before hisscheduled deportation to file his petition.4. A hearing on the Motion will be held on October 26, 2004,at 1:00 p.m. The Clerk shall make arrangements with the Sheriff ofSuffolk County to have Bennour brought to the hearing.(O'Leary, Dennis) (Entered: 10/13/2004) |
|  |  |  |

| | | |
|---|---|---|
| 10/14/2004 | 7 | NOTICE by Bruce Chadbourne *Notice of Erratum* (Crowley, Frank) (Entered: 10/14/2004) |
| 10/14/2004 | 8 | Writ of Habeas Corpus ad Testificandum Issued as to Abdelazis Bennour for 10/26/2004. (O'Leary, Dennis) (Entered: 10/14/2004) |
| 10/22/2004 | 9 | Reply by Abdelaziz Bennour to 4 MOTION to Dismiss for Lack of Jurisdiction, FILED, c/s. (Boyce, Kathy) (Entered: 10/26/2004) |
| 10/25/2004 | 10 | MOTION For Pro Bono Counsel by Abdelaziz Bennour, FILED.(Boyce, Kathy) (Entered: 10/26/2004) |
| 10/25/2004 | 11 | MOTION to Appointment of Pro Bono Counsel Counsel by Abdelaziz Bennour, FILED, c/s.(Boyce, Kathy) (Entered: 10/26/2004) |
| 10/25/2004 | 13 | Judge Mark L. Wolf : ORDER entered REFERRING CASE to Magistrate Judge Lawrence P. Cohen Referred for: Appointment of Counsel(O'Leary, Dennis) (Entered: 10/27/2004) |
| 10/25/2004 | 16 | Judge Lawrence P. Cohen : ORDER entered CJA 20: Appointment of Attorney Robert M. Goldstein for Abdelaziz Bennour (Simeone, Maria) (Entered: 10/29/2004) |
| 10/26/2004 | 12 | Writ of Habeas Corpus ad Testificandum Issued as to Abdelaziz Bennour for 11/15/2004. (O'Leary, Dennis) Modified on 10/26/2004 (O'Leary, Dennis)to reflect a subsequent change in the hearing date. Additional attachment(s) added on 10/26/2004 (O'Leary, Dennis). (Entered: 10/26/2004) |
| 10/26/2004 | 14 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Motion Hearing held on 10/26/2004 re 4 MOTION to Dismiss for Lack of Jurisdiction filed by Bruce Chadbourne. Hearing Continued until 11/15/04 at 2:00 PM (Court Reporter Twomey.) (O'Leary, |

| | | |
|---|---|---|
| | | Dennis) (Entered: 10/27/2004) |
| 10/26/2004 | 15 | Judge Mark L. Wolf : Electronic ORDER entered. For the reasons stated in court on October 26, 2004, it is hereby ORDERED that:1. Petitioner?s Motion for Pro Bono Counsel (Docket No. 11) isALLOWED.2. The government shall, by November 2, 2004, file asupplemental memorandum.3. The petitioner shall, by November 2, 2004, state whether he wishes to maintain his petition.4. The petitioner shall, by November 9, 2004, respond to the government?s supplemental memorandum.5. A further hearing on the government?s Motion to Dismissshall be held on November 15, 2004, at 2:00 p.m. Appointed Robert M Goldstein for Abdelaziz Bennour. (O'Leary, Dennis) (Entered: 10/27/2004) |
| 11/01/2004 | 17 | MEMORANDUM OF LAW by Bruce Chadbourne. (Crowley, Frank) (Entered: 11/01/2004) |
| 11/02/2004 | 18 | NOTICE by Abdelaziz Bennour *of intent to maintain petition* (Goldstein, Robert) (Entered: 11/02/2004) |
| 11/04/2004 | 21 | Response by Abdelaziz Bennour to 15 Order on Motion to Appoint Counsel, FILED, c/s. (Boyce, Kathy) (Entered: 11/10/2004) |
| 11/05/2004 | 19 | Second MEMORANDUM in Support re 4 MOTION to Dismiss for Lack of Jurisdiction , *and Report to Court* filed by Bruce Chadbourne. (Crowley, Frank) (Entered: 11/05/2004) |
| 11/09/2004 | 20 | RESPONSE to Motion re 4 MOTION to Dismiss for Lack of Jurisdiction filed by Abdelaziz Bennour. (Goldstein, Robert) (Entered: 11/09/2004) |
| 11/10/2004 | 22 | Notice Resetting Hearing. PLEASE TAKE NOTICE that the MOTION HEARING originally scheduledfor NOVEMBER 15, 2004 at 3:00 p.m. has been RESCHEDULED TO NOVEMBER 15,2004 at 10:30 a.m.(O'Leary, Dennis) (Entered: 11/10/2004) |

| | | |
|---|---|---|
| 11/12/2004 | 23 | Third MEMORANDUM in Support re 4 MOTION to Dismiss for Lack of Jurisdiction filed by Bruce Chadbourne. (Crowley, Frank) (Entered: 11/12/2004) |
| 11/15/2004 | 24 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Motion Hearing held on 11/15/2004 re 4 MOTION to Dismiss for Lack of Jurisdiction filed by Bruce Chadbourne. (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 11/15/2004) |
| 11/15/2004 | 25 | Writ of Habeas Corpus ad Prosequendum Issued for Abdelaziz Bennour for 12/22/2004. (O'Leary, Dennis) (Entered: 11/15/2004) |
| 11/15/2004 | 26 | Judge Mark L. Wolf : ORDER entered establishing various filing deadlines and setting a Motion Hearing for 12/22/2004 10:30 AM in Courtroom 10 before Judge Mark L. Wolf.(O'Leary, Dennis) (Entered: 11/16/2004) |
| 11/30/2004 |  | Remark Docket entry no. 27 deleted as it was entered in the wrong case. (O'Leary, Dennis) (Entered: 11/30/2004) |
| 12/07/2004 | 27 | MEMORANDUM OF LAW by Abdelaziz Bennour. (Goldstein, Robert) (Entered: 12/07/2004) |
| 12/07/2004 | 28 | AFFIDAVIT of Abdelaziz Bennour in Response to November 15, 2004 Court Order by Abdelaziz Bennour. (Goldstein, Robert) (Entered: 12/07/2004) |
| 12/15/2004 | 29 | Fourth MEMORANDUM in Support re 4 MOTION to Dismiss for Lack of Jurisdiction filed by Bruce Chadbourne. (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B)(Crowley, Frank) (Entered: 12/15/2004) |
| 12/21/2004 |  | Electronic Notice Resetting Hearing. Please take notice that the Evidentiary Hearing previously scheduled for December 22, 2004 at 10:30 AM has been rescheduled to December 22, 2004 at 11:00 AM. |

| | | |
|---|---|---|
| | | (O'Leary, Dennis) (Entered: 12/21/2004) |
| 01/03/2005 | 30 | Judge Mark L. Wolf : ORDER entered. It is hereby ORDERED that thegovernment's Motion to Dismiss (Docket No. 4) is ALLOWED. (O'Leary, Dennis) (Entered: 01/03/2005) |
| 01/20/2005 | 31 | MOTION to Appoint New Counsel by Abdelaziz Bennour, FILED.(Boyce, Kathy) (Entered: 01/26/2005) |
| 01/31/2005 | 32 | Judge Mark L. Wolf : ORDER entered denying 31 Motion to Appoint Counsel (O'Leary, Dennis) (Entered: 02/04/2005) |
| 02/24/2005 | 34 | NOTICE OF APPEAL as to 30 Order on Motion to Dismiss/Lack of Jurisdiction by Abdelaziz Bennour. $ 255 Reason fee is not required: CJA Appointment NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/16/2005. (Goldstein, Robert) (Entered: 02/24/2005) |
| 02/28/2005 | 35 | MOTION for a copy of transcript filed by Abdelaziz Bennour(Boyce, Kathy) (Entered: 03/04/2005) |
| 03/07/2005 | | Judge Mark L. Wolf : Electronic ORDER entered denying 35 Motion to Obtain Transcript. As petitioner was told in the January 31, 2005 Order, any request for transcripts must be made by his counsel. (O'Leary, Dennis) (Entered: 03/07/2005) |
| 03/16/2005 | | Mail Returned as Undeliverable. Mail sent to Abdelaziz Bennour returned marked- Moved Left No Address (Boyce, Kathy) (Entered: 03/17/2005) |