UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

ABDELAZIZ BENNOUR
    petitioner

V.

BRUCE CHADBOURNE,et,All.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,
    respondent

CIVIL No.04-CV-12149-MLW

FILED
IN CLERKS OFFICE
2005 MAR 22 P 2:58
U.S. DISTRICT COURT
DISTRICT OF MASS

CHANGE OF ADDRESS

NAME: ABDELAZIZ BENNOUR.

OLd Address: Suffolk County House of Correction
            20 Bradston Street
            Boston, MA 02118

New Address: Bristol County Sheriff Office
            400 Faunce Corner Road.
            North Dartmount,MA 02747.

DATE:3-15-05.

Respectfully,

ABDELAZIZ BENNOUR