*Robert M. Goldstein*
*Attorney at Law*
*The Statler Building*
*20 Park Plaza, Suite 903*
*Boston, Massachusetts 02116*
*(617) 742-9015  Facsimile (617) 742-9016*
*rmg@goldstein-lawfirm.com*

FILED
CLERKS OFFICE
2005 APR -4 P 4: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

March 31, 2005

Dennis O'Leary
Courtroom Clerk to the
Honorable Mark L. Wolf
J. Joseph Moakley Federal Courthouse
One Courthouse Way
Boston, MA 02210

    RE:    <u>U.S. v. Scangas  (Cr. No. 03-10305-MLW)</u>
            <u>U.S. v. Patriarca  (Cr. No. 89-289-MLW)</u>
            <u>Goldman v. Winn</u>
            <u>Bennour v. Chadbourne  ( Civil No. 04-cv-12149-MLW)</u>

Dear Dennis:

    Please be advised that effective immediately my office address is 20 Park Plaza, Suite 903, Boston, Massachusetts, 02116. My telephone number remains the same (617-742-9015), but my facsimile number has been altered by one digit (617-742-9016) and my email address is now rmg@goldstein-lawfirm.com.

                                    Respectfully,

                                      Robert M. Goldstein