United States DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDELAZIZ BENNOUR
petitioner — Appellant

V.                                                  CIVIL N° 04-CV-12149-MLW.

BRUCE CHADBOURNE, Interim
Field Officer Director For
Detention and Removal;
U.S. BUREAU OF IMMIGRATION
AND CUSTOMS ENFORCEMENT,
BOSTON Field Office
Respondents — Appellees

## MOTION FOR EMERGENCY WITHHOLDING OF REMOVAL / STAY OF DEPORTATION

NOW COME THE Petitioner; ABDELAZIZ BENNOUR (Here in After BENNOUR) and hereby Moves this Honorable Board/Court To Grant Him an Emergency Withholding Of Removal and/or Stay Of Deportation, For these reasons:

1) My Removal From the U.S. To Algeria would put my life in imminent Danger.

2) I wasn't Afforded a Fair Hearing Due to the Bias that the Immigration Judge showed Towards me.

3) I am trying to vacate an illegal conviction.

4) Should I be Deported, It would render my effort at Selling the record straight Moot.

5) There are Newly Discovered Evidence that I would like to present to the court.

6) I still have case pending in front of this honorable court.

For the reasons stated above; Justice Mandates that Respondent's Motion for an Emergency Stay of Deportation Withholding of Removal Should be Granted.

Respectfully Submitted

Date: 7-13-05

ABDELAZIZ BENNOUR
ID # 134504 - Unit GC
Bristol County Sheriff's Office
400 Faunce Corner Road
North Dartmouth, MA 02747

CERTIFICATE OF SERVICE

I, ABDELAZIZ BENNOUR, Hereby Certify that on 07-13-05, I caused to be Mailed a copy of the foregoing to the office of the Special Assistant U.S. Attorney Mr. S/Frank Crowley, Department of Homeland Security P.O. Box 8728, JFK station, Boston MA, 02114.