United States District Court
District of MASSACHUSETTS

ABDELAZIZ BENNOUR
   petitioner

V.

BRUCE CHADBOURNE
Field Office Director
Bureau of Immigrations and
Customs Enforcement, United
States Department of Homeland
Security

Civil No.
04-CV-12149-MLW

MOTION OF RECONSIDERATION
Emergency Stay of Deportation

Now come the Appelant - petitioner - Appellant (pro-se) ABDELAZIZ BENNOUR move this honorable court district Federal court.

"Petitioner" urge them to reconsider the stay of deportation, and to guarantee the petitioner the motion.

The Appelant (Applicant) respectfully request motion for Emergency stay with the First Circuit Court of Appeal. The Applicant respectfully request a stay of removal for an indefinite period, until the petitioner for review is decided by the First Circuit of Appeals. The petitioner Mr. Abdelaziz Bennour was victim of Bias judgement, Ineffective assistance of counsel and has been convicted of illegal conviction.

Respectfully Submitted

July 13, 2005
DATE.

Abdelaziz Bennour
ID # 134504 - unit GC
Bristol County Sheriffs Office
400 Faunce Corner Road
North Dartmouth, MA 02747

CERTIFICATE OF SERVICE

I ABDELAZIZ BENNOUR, Hereby certify that on 07-13-05, I caused to be mailed a copy of the foregoing to the office of the Special Assitant U.S. Attorney MR. S Frank Crowley, Department of Homeland Security P.O. Box 8728, JFK station, Boston MA 02114