MANDATE

USDC/MA
04 - 12149
Wolf, M.

# United States Court of Appeals
## For the First Circuit

No. 05-1418

ABDELAZIZ BENNOUR

Petitioner - Appellant

v.

BRUCE CHADBOURNE, Field Office Director for Detention and Removal; U.S. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Boston Field Office; U.S. DEPARTMENT OF HOMELAND SECURITY

Respondents - Appellees

**JUDGMENT**
**Entered: October 4, 2005**

By notices issued on 7/22/05 and 9/9/05 of default orders, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by September 23, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 11/25/05

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By:______________________
Operations Manager

[cc: Abdelaziz Bennour, Frank Crowley, Esq., Mark Quinlivan, Esq., ]